IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

HARTFORD DIVISION

EWA ZIELINSKA,　　　　　　　　　　　　　　　　　　　Case No.: 10-22729

　Plaintiff　　　　　　　　　　　　　　　　　　　　　　　Adversary No.: 10-02189

Vs.

CAMERON SMITH and

MARIANNE SMITH,

　Defendants

## REQUEST

I respectfully request that the trial date of April 18, 2011 for case # 10-02189 be continued to a later date in September or October of 2011.

This request is made due to the fact that I live in California, which has made the pursuit of this action complicated and difficult. The difficulty in my pursuit of this action is compounded by the fact that I am a lay person and have yet been unable to find an attorney in Connecticut to represent me in this action. Currently I am still actively searching for the bankruptcy attorney in Connecticut.

In addition, it is further respectfully requested that the discovery due date be extended to sometime in May or June. I won't be able to complete the discovery so soon.

In addition to the above issues I also have a family issue in that my daughter having an infant is depending on my assistance at that time.

Please, move the trial date to the later months.

Sincerely

*Ewa Zielinska*

Ewa Zielinska

4411 Los Feliz #1006

Los Angeles CA 90027

Telephone: (323) 661-0427

Date: January 31, 2011