UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-22729 |
| CAMERON AND MARIANNE SMITH. | : | CHAPTER 7 |
| Debtors | | |

| | | |
|---|---|---|
| EWA ZIELINSKA | : | ADVERSARY PROCEEDING CASE NO. 10-02189 |
| V. | : | |
| CAMERON D. SMITH AND MARIANNE O. SMITH | : | FEBRUARY 22, 2011 |

## OBECTION TO AMEND PRETRIAL ORDER

The Debtors, Cameron Smith and Marianne Smith hereby object to the Plaintiff's Motion to reopen the scheduling order with regard to the discovery period.

By way of background, the Debtors filed a Chapter 7 bankruptcy petition on August 6, 2010. They have both since received their discharge. This adversary proceeding was commenced on October 13, 2010. A pretrial order was filed by the Plaintiff on November 22, 2010. That order contained a discovery bar date of February 2, 2011 - a date which the Plaintiff chose unilaterally. Counsel for the Smiths had no input into the selection of that date.

Since this case was commenced in October of 2010, the Plaintiff has not sought any discovery on this matter. The Debtor states in her Motion that she has been unable to retain counsel which necessitates her request for more time

to perform discovery. Her desire to retain counsel, however, is not new. She knew in October (over 4 months ago) that she wished to retain counsel. Certainly, the Smith should not have to wait for this case to be resolved while the Plaintiff seeks an attorney. This is the Plaintiff's case. She chose to file it and, as a result, should prosecute it. The Smiths are eager to have a resolution in this matter and put it behind them.

Lastly, the Smiths do not have any objection to continuing the trial date. Such a continuance will be necessary since they intend on filing a Motion for Summary Judgment within the next several days.

Dated at Hartford, Connecticut on this 22nd of February, 2011.

                        CAMERON D. SMITH AND
                        MARIANNE O. SMITH

By /s/ Michael S. Wrona
    Michael S. Wrona
    Fed. Bar #ct 24105
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically and served by electronic mail on this 22nd of February, 2011 on the following:

Ewa Zielinska
4411 Los Feliz #1006
Los Angeles, CA 90027

Michael S. Wrona